

FILED
CLERK, U.S. DISTRICT COURT

APR _ 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: *ED* 03-0074-RT |
| ) | |
| Plaintiff,   ) | ORDER OF DETENTION |
| ) | |
| ) | [Fed. R. Crim. P. 32.1(a)(6); |
| vs.   ) | 18 U.S.C. § 3143(a)] |
| *CHARLES ANTHONY MACKBEE*   ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the *Central District of California* for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ~~(✗)~~ The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on *defendant's lack of ties to the community*

and/or

B.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *defendant's criminal history.*

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  *April 1, 2009*

JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE